JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK R. MARQUEZ, | NO. 5:14-cv-00997-R-CW |
| Petitioner, | |
| v. | JUDGMENT |
| KIM HOLLAND, WARDEN, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 10, 2016

_____
MANUEL L. REAL
United States District Judge